UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIPRIANO ANTONIO TELLEZ MARTINEZ,

Petitioner,

v.

Case No. 2:26-cv-2467-KCD-KRH

PATROL AGENT IN CHARGE OF DANIA BEACH BORDER PATROL STATION, *et al.*,

Respondents.
_______________________________/

# ORDER

The Court previously ordered the Government to provide Petitioner with a bond hearing. (Doc. 26.) On October 28, 2026, that happened, with the immigration judge denying bond after finding that Petitioner is a danger to the community and a flight risk. (Doc. 27-2.) Petitioner, nonetheless, now moves the Court to "reopen" and "enforce" its prior order and order his immediate release under reasonable conditions of supervision. (Doc. 27.)

Petitioner's motion is **DENIED**. The immigration judge identified the Court's prior order, placed the burden on Respondents, and heard argument from counsel on why bond is not appropriate here. (*See* Doc. 27-2.) There is nothing procedurally or constitutionally defective about its decision. Petitioner argues the process was flawed, claiming DHS failed to meet its

burden. But this Court lacks jurisdiction to step in and issue a different decision to Petitioner. That is all the motion boils down to here. *See Mayorga v. Meade*, No. 24-CV-22131, 2024 WL 4298815, at *8 (S.D. Fla. Sept. 26, 2024) ("[T]his Court does not have jurisdiction to review the decision of the immigration judge to deny Petitioner bond[.]").

**ORDERED** in Fort Myers, Florida on October 30, 2026.

Kyle C. Dudek
United States District Judge